**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RELLEN HOUSTON CLARK,

        Plaintiff,

vs.                                                     Case No. 3:11-cv-899-J-32JBT

UNITED STATES POSTAL SERVICE,

        Defendant.

**ORDER**

This case came before the Court on Plaintiff's Complaint (Doc. 1) and Affidavit of Indigency (Doc. 2), which the Court construes as a motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1). Upon review of these filings, the assigned United States Magistrate Judge questioned whether the Court had jurisdiction and directed plaintiff to file an amended complaint (Doc. 6). Plaintiff filed an amended complaint (Doc. 9) but, upon review, the Magistrate Judge issued a Report and Recommendation recommending that the Motion to Proceed In Forma Pauperis be denied and that the case be dismissed (Doc. 11). No objections were filed and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 11), it is hereby

**ORDERED**:

1.  The Report and Recommendation (Doc. 11) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2.  Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED**.

3.  Although the Court remains convinced that this case is time-barred and therefore not eligible for prosecution under the in forma pauperis statute, 28 U.S.C. 1915(e)(2)(b)(ii), plaintiff may use her own funds to continue the prosecution of the case if she wishes. This case is therefore **DISMISSED without prejudice** to plaintiff paying the filing fee to maintain prosecution of this suit no later than **March 30, 2012**. The Clerk shall close the file now, subject to reopening if plaintiff pays the filing fee by the **March 30, 2012** deadline.

**DONE AND ORDERED** at Jacksonville, Florida this 28th day of February, 2012.

TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Joel B. Toomey
United States Magistrate Judge

pro se plaintiff